# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| MICHAEL TRUETT,<br><br>  Plaintiff,<br><br> v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,<br><br>  Defendant. | CASE NO. 3:16-CV-05496-RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Judge David W. Christel, United States Magistrate Judge, and the relevant record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. 20).

(2) The matter is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further consideration.

(3) **JUDGMENT** is for plaintiff and the case should be closed.

(4) The Clerk is directed to send copies of this Order to counsel of record.

Dated this 27th day of March, 2017. .

_____
ROBERT J. BRYAN
United States District Judge